# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## NORTHERN DIVISION

U.S.A. vs. Christopher Shawn Mason                    Docket No. 2:08-CR-24-1BO

### Petition for Action on Supervised Release

COMES NOW Bentley H. Massey, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Christopher Shawn Mason, who, upon an earlier plea of guilty to Robbery of a Mail Carrier, 18 U.S.C. § 2114 (a), was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on April 21, 2009, to the custody of the Bureau of Prisons for a term of 40 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 36 months under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

2. The defendant shall pay restitution in the amount of $3,874.71.

Christopher Shawn Mason was released from custody on August 30, 2011, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On November 17, 2011, the defendant submitted a drug screen that returned positive for cocaine use. Additionally, he signed an Drug Use Admission Form confirming he used "crack" cocaine on November 15, 2011. The probation officer believes the interest of justice would best be served by continuing supervision and modifying his conditions to include a 6-month placement in a residential reentry program. Further, while placed at the residential reentry center, the defendant can participate in drug treatment/counseling and job training classes.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

Christopher Shawn Mason
Docket No. 2:08-CR-24-1BO
Petition For Action
Page 2

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall undergo placement in a residential reentry center for a period of 6 months as arranged by the probation office and shall abide by the conditions of that program during said placement.

   Except as herein modified, the judgment shall remain in full force and effect.

>   I declare under penalty of perjury that the foregoing is true and correct.
>
>   /s/Bentley H. Massey
>   Bentley H. Massey
>   Senior U.S. Probation Officer
>   1760 Parkwood Blvd., Room 201
>   Wilson, NC 27893-3564
>   Phone: 252-237-0788
>   Executed On: November 21, 2011

**ORDER OF COURT**

Considered and ordered this ____ day of _____ 2011, and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
U.S. District Judge